NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HENRY JOHNSON,                          )
                                        )
                Appellant,              )
                                        )
v.                                      )
                                        )   Case Nos.  2D17-2561
STATE OF FLORIDA,                       )
                                        )
                Appellee.               )
_____ )

Opinion filed February 16, 2018.

Appeal from the Circuit Court for
Hillsborough County; Frances M. Perrone,
Judge.

Howard L. Dimmig, III, Public Defender, and
Alisa Smith, Assistant Public Defender,
Bartow, for Appellant.

PER CURIAM.

Affirmed.

VILLANTI, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.